```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
   UNITED STATES OF AMERICA,            :        11cr576-10(DLC)
                                        :        18cr41-7 (DLC)
            -v-                         :
                                        :           ORDER
   NATHANIEL FLUDD,                     :
                       Defendant.       :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that Probation shall prepare

Presentence Report for this defendant,

   IT IS FURTHER ORDERED the sentencing in this matter shall

take place on **September 29, 2022, at 2:00 PM** in **Courtroom 18B**,

500 Pearl Street.

   IT IS FURTHER ORDERED that the Government's submissions

regarding sentence shall be filed no later than **September 16,**

and the defendant's submissions shall be filed by **September 23.**

   SO ORDERED:

Dated:    New York, New York
          June 16, 2022

                              _____
                                       DENISE COTE
                              United States District Judge