UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NATHANIEL FLUDD,

                Movant,                 16-cv-4879 (PKC)

    -against-

UNITED STATES OF AMERICA,

                Respondent.
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                          11-cr-576 (PKC)

    -against-                                         ORDER

NATHANIEL FLUDD,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       On June 23, 2016, Nathaniel Fludd moved to vacate his conviction under 28 U.S.C. § 2255. (ECF 583). Case number 16 Civ. 4879 was opened. (Id.). On June 15, 2022, Fludd's case was reassigned to Judge Cote. (June 15, 2022 Minute Entry). Judge Cote entered an amended judgment as to Nathaniel Fludd on December 13, 2022. (ECF 811). The Clerk of Court is respectfully requested to close the civil case: 16 Civ. 4879.

       SO ORDERED.

                                                                       P. Kevin Castel
                                                    United States District Judge

1

Dated: New York, New York
       April 9, 2024